

Before NEWMAN, CLEVENGER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

Greg A. MERTENS, Plaintiff–Appellant,

v.

Michael DOTY (doing business as Archers' Edge) and Deborah Doty (doing business as Archers' Edge), Defendants–Appellees.

No. 03–1005.

United States Court of Appeals, Federal Circuit.

DECIDED: May 14, 2003.

Phillip L. DOUGHERTY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7111.

United States Court of Appeals, Federal Circuit.

DECIDED: May 14, 2003.

Before NEWMAN, CLEVENGER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

Before NEWMAN, CLEVENGER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-